1  VENABLE LLP
    Celeste M. Brecht (SBN 238604)
2      cmbrecht@venable.com
    Matthew M. Gurvitz (SBN 272895)
3      mmgurvitz@venable.com
    2049 Century Park East, Suite 2300
4   Los Angeles, CA 90067
    Telephone: (310) 229-9900
5   Facsimile:  (310) 229-9901

6   Attorneys for Defendant
    BLUE BUFFALO COMPANY, LTD.
7   (erroneously sued as Blue Buffalo Pet Products,
    Inc.)

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADI ZAKINOV, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BLUE BUFFALO PET PRODUCTS, INC., <br><br> Defendant. | CASE NO.: 3:17-cv-01301-ABJ-WVG <br><br> Hon. Anthony J. Battaglia <br> Courtroom 4A, 4th Floor <br><br> **CLASS ACTION** <br><br> **DEFENDANT BLUE BUFFALO COMPANY, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> Hearing: <br> Date:      February 22, 2018 <br> Time:     2:00 p.m. <br> Courtroom: 4A <br><br> Action Filed:   June 26, 2017 <br> Trial Date:     None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 22, 2018, at 2:00 p.m., in Courtroom 4A, or as soon thereafter as counsel may be heard, before the Hon. Anthony J. Battaglia, in Courtroom 4A of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Defendant Blue Buffalo Company, Ltd. ("Blue Buffalo") will and hereby does move to dismiss the First Amended Class-Action Complaint ("FAC") filed by Plaintiff Vladi Zakinov ("Plaintiff") pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the following grounds:

1. Plaintiff's claims have already been adjudicated and dismissed by a previous nationwide class action in the United States District Court for the Eastern District of Missouri, Case No. 4:14-md-02562-RWS, and, therefore, res judicata bars Plaintiff's entire FAC;

2. Even if the entire FAC was not barred by the doctrine of res judicata, Plaintiff has failed to state a claim under the California Consumer Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*) ("CLRA"), California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*) ("UCL"), California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*) ("FAL"), and negligent misrepresentation because Plaintiff has failed to plead his fraud claims with requisite particularity under Federal Rules of Civil Procedure 9(b);

3. Plaintiff has failed to state a claim under the CLRA, UCL, FAL, and negligent misrepresentation because Plaintiff has not plausibly alleged that any reasonable consumer would be deceived by Blue Buffalo's advertising;

4. Plaintiff has failed to state a claim under any cause of action because the statements "Superior Nutrition" and "Ultimate Protection" that appear on the Product labels are classic examples of non-actionable puffery;

5. Plaintiff has failed to state a claim for "unfair" conduct under the UCL because the Complaint does not allege additional facts independent of the alleged fraudulent misrepresentations that would rise to the level of "unfair" conduct;

6. Plaintiff has failed to state a claim for "unlawful" conduct under the UCL, as that claim falls with the remainder of Plaintiff's alleged statutory violations;

7. Plaintiff has failed to state a claim for breach of express warranty and implied warranty of merchantability because Plaintiff has failed to allege any statements that create express or implied warranties; and

8. Plaintiff has failed to state a claim for breach of implied warranty because Plaintiff lacks privity with Blue Buffalo.

This Motion is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities, Blue Buffalo's Request for Judicial Notice, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the hearing on this Motion.

Dated: November 7, 2017

VENABLE LLP

By: /s/ Celeste M. Brecht
Celeste M. Brecht
Attorneys for Defendant
BLUE BUFFALO COMPANY, LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:    /s/ Celeste M. Brecht
        Celeste M. Brecht
        CMBrecht@Venable.com