

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladi Zakinov, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>Blue Buffalo Pet Products, Inc, a Delaware corporation<br><br>Defendant. | Civil Action No.  17-cv-1301-AJB-WVG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS both Defendant's request for judicial notice and its motion to dismiss. Desiring to avoid piecemeal litigation, Plaintiff's FAC is DISMISSED on res judicata grounds WITHOUT LEAVE TO AMEND. The Clerk of Court is DIRECTED to CLOSE this case.

Date:       3/23/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Corsello
                              A. Corsello, Deputy